IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAIM SARWAR,<br><br>Plaintiff,<br><br>v.<br><br>BIJAL INC., A Massachusetts Corporation,<br><br>Defendant. | Case No.: 1:20-cv-12143 LTS |

## STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/ John A. Curseaden | By: _____ |
| John A. Curseaden, Esq.<br>Curseaden Law Office<br>301 Littleton Road #705<br>Westford, MA 01886<br>(978) 267-7656<br>curseadenlaw@gmail.com<br>BBO # 562737 | Eric S. Brainsky (BBO#663136)<br>Michael E. Levinson (BBO#666108)<br>Brainsky Levinson, LLC<br>1543 Fall River Avenue, Suite 1<br>Seekonk, MA 02771<br>Ph: (508) 557-1910<br>Fax: (508) 557-1905<br>Ebrainsky@brainskylevinson.com |